UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH MCNUTT, | No. 2:22-cv-0121 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE #1, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis. However, plaintiff did not sign his complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint unless he signs and re-files the complaint.

Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his signature.[1] Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

---

[1] Plaintiff is not required to re-submit his exhibits. Rather, he may ask the court to append his exhibits (ECF No. 1 at 7-77) to his signed complaint.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff a copy of the first six pages of plaintiff's complaint. (ECF No. 1 at 1-6.)

Dated: February 7, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcnu0121.r11